**Mary A. PORTER, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 04–7076.

United States Court of Appeals,
Federal Circuit.

July 29, 2004.

Mary A. Porter, Austin, TX, pro se.

James W. Poirier, Principal Attorney, David M. Cohen, Franklin E. White, Jr., of Counsel, Department of Justice, Washington, DC, James T. Dehn, Michael Timinski, of Counsel, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

Before PROST, Circuit Judge.

*ORDER*

Mary A. Porter submits her informal brief. We treat Porter's submission as a motion for reconsideration of the court's order dismissing her appeal for failure to file her brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Porter's motion for reconsideration is granted.

(2) The May 14, 2004 dismissal order is vacated, the mandate is recalled, and the appeal is reinstated.

(3) The Secretary of Veterans Affairs' brief is due within 21 days of the date of filing of this order.